```
NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
JOSEPH O. JOHNS (Cal. Bar No. 144524)
Assistant United States Attorney
Environmental and Community Safety Crimes Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-4536
     E-mail:     joseph.johns@usdoj.gov


Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. MERRILY ANN STEFFEN, JAMES RANDALL STEFFEN, and MILLOY JO BLACKBURN-STEFFEN, Defendants. | No. SACR 17-006-CAS – 1, 2 & 3<br><br>[~~PROPOSED~~] ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**CURRENT TRIAL DATE: 7-30-19**<br>[~~PROPOSED~~] **TRIAL DATE: 11-5-19**<br><br>[~~PROP.~~] **STATUS CONF./MOTIONS HEARING DATE: 10-21-19** |
|---|---|

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from July 30, 2019, to November 5, 2019 at 9:30 a.m.. A status conference/motions hearing shall be held on October 21, 2019 at 1:30 p.m.

2. The time period of July 30, 2019, to November 5, 2019, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3. Defendants Merrily Ann Steffen, James Randall Steffen, and Molly Steffen shall appear in Courtroom 8A, 8th Floor, of the U.S. Courthouse, 350 West First Street, Los Angeles, California for a status conference/motion hearings on October 21, 2019 at 1:30 p.m. and for trial on November 5, 2019 at 9:30 a.m.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of

additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

July 31, 2019
DATE

HONORABLE CHRISTINA A. SNYDER
United States District Judge

Presented by:

/s/
JOSEPH O. JOHNS
Assistant United States Attorney

**Cc:   Pretrial Services**

3